FILED BY KJZ D.C.

May 16, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Haitham Yousef Alhindi, | ) | Case No. ~~XXXXXXXXX~~ |
| | ) | 22-8197-WM |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 21, 2021- May 5, 2022,** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2261(A)(2) | with the intent to harass and intimidate, used an electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, to engage in a course of conduct that placed another in reasonable fear of death of or serious bodily injury. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher J. Anderson, SA FBI
*Printed name and title*

Sworn and attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1.

Date: May 16, 2022

_____
*Judge's signature*

City and state: West Palm Beach, Florida    William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF SPECIAL AGENT CHRISTOPHER J. ANDERSON
## IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Christopher J. Anderson, being duly sworn, do hereby state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been employed in this capacity since August of 2021. As a Special Agent with the FBI, I am empowered by law to conduct investigations, make arrests, and execute and serve search warrants for offenses enumerated in Title 18 and Title 47 of the United States Code. I am currently assigned to the Joint Terrorism Task Force (JTTF) in FBI Miami Division, West Palm Beach Resident Agency, where my duties include investigating a variety of federal offenses, including federal firearms violations, hate crimes and other criminal acts which are dangerous to human life. During this time I have gained experience and received training on a variety of topics including use of the internet, international terrorism, violent crimes, and other related topics encountered in federal law enforcement. Included in my training on domestic terrorism investigations and interviewing subjects involved in domestic terrorism.

2. I am familiar with the facts described in this Affidavit through my own personal knowledge, as well as through my discussion with other law enforcement officials and my understanding of other investigative activities conducted during this investigation.

3. I make this affidavit in support of an application for issuance of a criminal complaint and arrest warrant for HAITHAM YOUSEF ALHINDI (hereinafter "ALHINDI"), for violation of Title 18, United States Code, Section 2261A(2), Cyber Stalking. This affidavit does not include all facts known to me, but rather contains facts sufficient to support the issuance of the complaint and arrest warrant.

**PROBABLE CAUSE**

4. On or about December 21, 2021, an adult male (hereinafter "VICTIM") received a voicemail message on his cellular telephone from an unknown phone number from an individual whose voice he recognized from prior phone conversations as belonging to ALHINDI. VICTIM and ALHINDI used to work at different times at the Four Points Market and Eatery in Boynton Beach, Florida. In the prior phone calls, ALHINDI called VICTIM frequently and asked if VICTIM knew certain people. VICTIM always responded by stating that he did not know the persons ALHINDI inquired about. On numerous occasions, VICTIM requested ALHINDI to stop calling him. In the voicemail message on December 21, 2021, ALHINDI told VICTIM he will cut him to pieces and "I don't want anyone else, I just want you."

5. In January of 2022, ALHINDI continued to contact VICTIM on numerous occasions by phone and text message from 561-221-4601 and from a blocked phone number. In many of those calls, ALHINDI made harassing and threatening statements. In all verbal statements referred to herein, ALHINDI spoke mostly in English and Arabic. VICTIM understood the content of those messages because he speaks both languages. On January 30, 2022, VICTIM again demanded that ALHINDI stop harassing and threatening him. ALHINDI responded by instructing VICTIM to report him to law enforcement. ALHINDI sent VICTIM via text message a digital copy of his driver's license that contained ALHINDI's photograph. The following is a verbatim transcript of an excerpt from a text message conversation from that day:

    a. ALHINDI: "Please do press charges. Do the legal things sir. You are a United state citizen This will be your Wright to press charges. Same here. I already did. And you just confirmed that you and other looking for my information. This illegal. How you got my photo. Do you work group. Are you member of some group. Ahmed Nasif and Alex Guzman send me the same photo.

    b.    VICTIM: Puplic record of all criminals you easy to find I just didn't want to go that round but now I will because I fear of my life.

    c.    ALHINDI: You got your self clear now. I will find you sir …

    d.    VICTIM: Again you Threatening to kill me. That's enough proof with your voicemail to get you looked up.

    e.    ALHINDI: Yes please. Go ahead. [ALHINDI then sent a photo of a Florida driver license with the name "Haitham Yousef Alhindi."] This is my full name. Go press charges legally sir.

    f.    VICTIM: Stop harassing and threatening me.

    g.    ALHINDI: Have a nice day. Will see you soon.

6. Over the next several months, ALHINDI continued to make harassing and threatening statements by phone to VICTIM. For example, on April 9, 2022, ALHINDI left VICTIM the following voicemail message: "Go report it. I am going to cut your head off… Let us see who will talk about terrorism after this." On April 25, 2022, ALHINDI left a voicemail message instructing VICTIM to inform his community (possibly religious community) that "Haytham al-Hindi is a son of a whore and is coming after you one by one, and will shoot you." On April 27, 2022, ALHINDI left a voicemail message telling VICTIM that "I will fuck you up" and "I will cut heads off."

7. On April 29, 2022, ALHINDI sent VICTIM numerous voicemail messages that contained the following threats:

    a.    "I am going to fuck you up you Muslim Brotherhood sons of bitches…die fast you fucker."

    b.    "Listen you Coptic son of a bitch, brother of a whore…there is going to be a price on your head from Haydar al-Shaytar…he is our friend, Haydar… you call him Shaytar…he will fuck you up…he has put a discount on you…whomever kills 15 before Ramadan, will enter paradise…wow, wow, wow…I want to go see Allah first…listen you sons of bitches…we are going to kill you two at a time…I am going to fuck you up you son of a bitch."

c. "I want all of you, because we are going to kill you, and whomever escapes I will fuck him up." "... I will get to the families, and the neighbors... meaning if you run you will dies, if you stay here you will be fucked, and go up to see the lord."

8. On May 5, 2022, ALHINDI contacted the VICTIM approximately 30 times and left several harassing voicemail messages containing a variety of threats.

9. Based on the aforementioned information, your Affiant respectfully submits that there is probable cause to believe that HAITHAM YOUSEF ALHINDI, with the intent to harass and intimidate, used an electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, to engage in a course of conduct that placed another in reasonable fear of the death of or serious bodily injury to a person, in violation of Title 18, United States Code, Section 2261A(2).

CHRISTOPHER J ANDERSON
Federal Bureau of Investigation
Special Agent
West Palm Beach, Florida

Sworn and attested to me by Applicant by telephone (Facetime) on this __16__ day of May, 2022, in West Palm Beach, Florida, pursuant to Fed. R. Crim. P. 4(d) and 4.1.

HONORABLE WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE