Haitham Yousef AlHindi  
Case No # 22-80085-CR-CANNON  

May 1st 2023

AILEEN M. CANNON  
UNITED STATES DISTRICT JUDGE

FILED BY _MC_ D.C.  
MAY 08 2023  
ANGELA E. NOBLE  
CLERK U.S. DIST. CT.  
S. D. OF FLA. - MIAMI

YOUR HONOR, I'm writing this letter because I got Indicted on May 2022 and as you know, I plead NOT GUILTY because I am NOT, and I've been requesting a Speedy trail since my Indictment date to my Lawyer Scott Berry.

For what ever reason he says, HE DOSEN'T WANT TO GO TO TRIAL.

Your Honor this is my Life I am Fighting for and I Feel as IF he is not Fighting for my Best Intrest. I've asked him multiple times for trial and to contact witness on my behalf that are willing to testified, and he has not even attempted to Contact them.

I've also asked him for the Private Investegator Information appointed to my case so I can call him or he come see me to discuss many detail and witness, and he tells me .... You Don't have One.

Your Honor, Since You asked him on a Status hearing on (Nov 2022) to help my case Like Fileing Motions directed by You, is the ONLY THING he has done.

Your Honor I'm Respectfully Asking You to Remove him From my Case and Appoint me BETTER representation. Please Your Honor I need some one

who cares to prove My INNOCENCE and Fight for the truth with the Evidence I have, along with my clean Record.

As You See I'm writting You this Letter. So I'm very Competent to Attend Trial.

Your Honor The FBI Agent who listened to The message that I Left on the Person's Voicemail Interpreted it wrong, It was in Arabic, I Left it in Arabic Slang dialect, The FBI Interpeter heard it wrong. I need someone from your Courtroom to Listen to it Like the Person you have doing the interpreting For me Now, You will see I did not threatend NO ONE. Please Call me Back to your courtroom and let me speak to you in English you will see that I speak it and Understand it, But we must go slow. Please help me, there is Nothing wrong with me. I do not need to go to a hospital.

Haitham Yousef Alhindi

Haitham Y Alhindi

Haitham Yousef ALHindi
#01838-501
PO Box 019120
Miami, FL. 33101

Federal-Civil House
To The Honorable Judge
Aileen M. Cannon
400 N Miami Ave.
Miami, FL. 33101

MIAMI FL 330
3 MAY 2023 PM 4

33126-180727

Legal Mail